# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | Mark Lynn Chamberlain & Linda Ann Cornett |
| **Case Number:** | 0:09-bk-11103-RJH    **Chapter:** 7 |
| **Date / Time / Room:** | MONDAY, SEPTEMBER 14, 2009 11:00 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK

**R / M #:**   11 / 0

**VACATED:  Hearing Cont to 10/7/9 @ 11am**

## Appearances:

NONE

## Proceedings:

VACATED: Hearing Cont to 10/7/9 @ 11am